EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Margarita Herrera Abolafio | 2010 TSPR 103<br><br>179 DPR _____ |

Número del Caso: TS-6161

Fecha: 22 de junio de 2010

Abogado de la Parte Peticionaria:

        Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Margarita Herrera Abolafio

6161

RESOLUCIÓN

San Juan, Puerto Rico, a  22 de junio de 2010

Examinada la Moción Solicitando Baja Voluntaria del Ejercicio de la Abogacía presentada por la Lcda. Margarita Herrera Abolafio, así como la comunicación presentada por la Oficina del Fiscal General y de la Procuradora General, se  autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo